# MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0469.   Rosedale v. Wilkins.**
Board of Tax Appeals, No. 2003–M–2101.

**2005–0733.   State ex rel. Erieview Metal Treating Co. v. Indus. Comm.**
Franklin App. No. 04AP–447, 2005-Ohio-1154.

**2005–0777.   State ex rel. Herfel v. Ryder Truck Lines, Inc.**
Franklin App. No. 04AP–627, 2005-Ohio-1534.